**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>V.<br>**Jose Chavarria**<br>DOB: 1990; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-03385MJ** |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about August 16, 2022, in the District of Arizona, **Jose Chavarria**, knowing or in reckless disregard that certain aliens, including Marivel Peralta-Cisneros, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**
**COUNT 2 (Misdemeanor)** On or about August 16, 2022, in the District of Arizona, **Jose Chavarria**, knowing that certain illegal aliens, including Marivel Peralta-Cisneros, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1) and Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On August 16, 2022, in the District of Arizona (Douglas), at approximately 3:20 p.m., Border Patrol Agents (BPAs) were notified that the Integrated Fixed Tower camera operator observed a possible load vehicle, a black 2013 Dodge Charger, traveling westbound on Geronimo Trail Road (GTR) near mile marker 11. The camera operator reported observing the vehicle traveling eastbound in an area commonly known as Silver Creek, stop behind some brush and then turn around shortly after to head westbound towards Douglas, Arizona. BPAs responded to the area and gained visual of the vehicle near mile marker 3 on GTR. BPAs began following the vehicle and noticed the vehicle appeared to have been recently driven off road and appeared heavily laden in the rear. At approximately 3:30 p.m., BPAs initiated a vehicle stop, and the vehicle yielded west of the intersection of Gregory Road and GTR. BPAs approached the vehicle and instructed the driver, identified as **Jose CHAVARRIA**, to place the vehicle in park and to lower the windows. BPAs observed several subjects hunched over in an attempt to hide in both the back seats as well as in the front passenger seat. Some of the passengers were wearing camouflage clothing. The four passengers, to include Marivel Peralta-Cisneros, were determined to be citizens of Mexico illegally present in the United States.

Material witness Marivel Peralta-Cisneros stated she is a citizen on Mexico and was going to pay $9,000 upon her arrival to her destination in the United States. She illegally crossed into the United States as part of a group of four and said they were instructed via cellphone to walk to an unknown road. Peralta stated they walked for approximately five hours until they reached the unknown road where they waited because they were told a vehicle would pick them up. A black four door vehicle pulled over at their location, and they entered the vehicle and sat in the back. Peralta stated the vehicle was driven by a male subject.
**Continued on next page.**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: Marivel Peralta-Cisneros ||
|---|---|
| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS/pl | SIGNATURE OF COMPLAINANT<br>*/s/ signature/*<br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
| Sworn by telephone _X_ ||
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/s/ Leslie A. Bowman/* | DATE<br>August 17, 2022 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

**Continued from front page.**

After waiving his *Miranda* rights, **CHAVARRIA** stated he is a Legal Permanent Resident, and he was contacted via Snapchat by someone asking him if he wanted to make some money. **CHAVARRIA** stated he was then instructed to download the app WhatsApp where he was informed that the job was picking people up. He was offered either $800 per person if he picked up in Sierra Vista, Arizona or $1,000 per person if he picked up in Douglas, Arizona. **CHAVARRIA** stated he agreed with the offer, and he was going to be paid $4,000 if he successfully transported the subjects to Phoenix, Arizona. **CHAVARRIA** stated he messaged his contact on WhatsApp and asked if there was a job lined up for him and he received confirmation that there were people to pick up. **CHAVARRIA** stated he left Mesa, Arizona and when he was at the Speedway gas station on SR 80, he received a GPS location. **CHAVARRIA** stated he drove towards the location and when he saw the Border Fence, he knew he would be picking up non-citizens, but he continued because he needed the money. **CHAVARRIA** stated he arrived in an area where a guide with a radio was waiving him down and he parked and unlocked the vehicle for the non-citizens could get in.